United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Emanuel Baez Martin,<br>Jennifer Soto Soto,<br><br>   Debtors. | Case No. 18-17741-amc<br><br>Chapter 7 |
| Emanuel Baez Martin,<br>Jennifer Soto Soto,<br><br>   Plaintiffs,<br><br>   v.<br><br>Thomas J. Vilsack, *in his official capacity as Secretary of the United States Department of Agriculture*,<br><br>United States Department of Agriculture,<br><br>   Defendants. | Adversary No. 23-00018-amc |

### Certificate of Service

  I, Michael I. Assad, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today, March 6, 2023, by regular, first-class United States mail, postage pre-paid, addressed to:

Hon. Thomas J. Vilsack
U.S. Department of Agriculture
1400 Independence Ave, SW.
Washington, D.C. 20250-1400

Hon. Jacqueline C. Romero
U.S. Attorney's Office (USDA)
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Janie Hipp
General Counsel
U.S. Department of Agriculture
Room 107W, Whitten Building
1400 Independence Ave, SW.
Washington, D.C. 20250-1400

Hon. Merrick B. Garland
U.S. Department of Justice (USDA)
950 Pennsylvania Avenue, NW
Washington, DC 20530

  Under penalty of perjury, I declare that the foregoing is true and correct.

Date: March 6, 2023

                /s/ Michael I. Assad
                Michael I. Assad (#330937)
                Cibik Law, P.C.
                1500 Walnut Street, Suite 900
                Philadelphia, PA 19102
                215-735-1060
                mail@cibiklaw.com