### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: <br> Emanuel Baez Martin, <br> Jennifer Soto Soto, <br><br> Debtors. | : <br> : <br> : <br> : <br> : <br> : <br> : | Bankruptcy No. 18-17741-amc <br><br> Chapter 7 |
| Emanuel Baez Martin, <br> Jennifer Soto Soto, <br><br> Plaintiffs; <br><br> v. <br><br> Thomas J. Vilsack, *in his official capacity as* Secretary of the United States Department of Agriculture, <br><br> United States Department of Agriculture, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Adv. Proceeding No. <br> 23-00018-amc |

## **Notice of Resolution**

Plaintiffs, Emanuel Baez Martin and Jennifer Soto Soto, and the United States Department of Agriculture (USDA), by and through undersigned counsel, hereby notify the Court that this Adversary has settled in principle. The parties request the Court suspend all pending filing dates. The parties will submit a voluntary dismissal upon the completion of the formal settlement agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael Assad* | */s/ Anthony St. Joseph* |
| Michael I. Assad, Esquire | Anthony St. Joseph |
| Cibik Law, P.C. | Assistant United States Attorney |
| 1500 Walnut Street, Suite 900 | 615 Chestnut Street, Suite 1250 |
| Philadelphia, PA 19102 | Philadelphia, PA 19106 |
| *Counsel for the Plaintiffs* | *Counsel for USDA* |

DATED: June 9, 2023